UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH WEBSTER,

      Plaintiff,                                   CASE NO. 06-12819

-vs-                                                PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE

DR. J. SILVA GONCALVES,
DR. LINN A. CAMPBELL,

      Defendants.
_____/

**ORDER (1) GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*; AND (2) DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

Plaintiff Joseph Webster brings this action *in pro se* against Defendants Dr. J. Silva Goncalves and Dr. Linn A. Campbell. Based upon the information provided by Plaintiff in his Application to Proceed *In Forma Pauperis*, the Court GRANTS his application, but DISMISSES WITH PREJUDICE Plaintiff's Complaint as frivolous and for its failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

**SO ORDERED.**

                                                         s/Paul D. Borman
                                                         PAUL D. BORMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: July 10, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 10, 2006.

                                        s/Denise Goodine
                                        Case Manager